**UNITED STATES DISTRICT COURT**
~~WESTERN~~ **DISTRICT OF** ~~NEW YORK~~

Middle     Hines     Tennessee
Dashon Hines

_____
_____
_____

Revised 07/07 WDNY

**Jury Trial Demanded: Yes____ No____**

Name(s) of Plaintiff or Plaintiffs

Sandy Garrett     -vs-

_____
_____

**DISCRIMINATION COMPLAINT**
_____-CV-_____

Name of Defendant or Defendants

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: 124 Fulton Street #5C
Buffalo New York 14204

My telephone number is: 518-616-6416

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: Sandy Garrett

Number of employees: Unknown

Address: 10 Cadillac Drive, Suite 220
Brentwood Tennessee 37027

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: _____

Address: _____

_____

_____

## CLAIMS

4. I was first employed by the defendant on (date): March 30, 2023

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
*March 30, 2023*

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): *March 30, 2023* _____

7. I believe that the defendant(s)

   a. __✓__ Are still committing these acts against me.
   b. _____ Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above)   The last discriminatory act against me occurred on (date) _____

   _____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is

   _____
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____

   _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____

11. The Equal Employment Opportunity Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must** **attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.  I am complaining in this action of the following types of actions by the defendants:

a.  _____  Failure to provide me with reasonable accommodations to the application process

b.  _____  Failure to employ me

c.  _____  Termination of my employment

d.  _____  Failure to promote me

e.  _____  Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f.  _____  Harassment on the basis of my sex

g.  _____  Harassment on the basis of unequal terms and conditions of my employment

h.  _____  Retaliation because I complained about discrimination or harassment directed toward me

i.  _____  Retaliation because I complained about discrimination or harassment directed toward others

j.  _____  Other actions (please describe) ___retaliation___
_____
_____

14.  Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a.  _____ Race

b.  _____ Color

c.  _____ Sex

d.  _____ Religion

e.  _____ National Origin

f.  _____ Sexual Harassment

g.  _____ Age
_____ Date of birth

h.  _____ Disability
Are you incorrectly perceived as being disabled by your employer?
_____ yes _____ no

15.  I believe that I was _____/was not _____ **intentionally** discriminated against by the defendant(s).

16. I believe that the defendant(s) is/are ___✓___ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    __✓__ **has** issued a Right to sue letter, which I received on _____

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

    On March 30, 2023 Jandy Garrett refuse to process Dashon Hines complaint for employment discrimination in violation of the 1964 Civil Rights Act.

    Exhaustion of remedies is not necessary under the "walk don't run" doctrine.

**FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed ___✓___ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _Unknown (refuse to provide information)_

22. The date on which I first asked my employer for reasonable accommodation of my disability is _March 30, 2023_

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _None / denied_

24. The reasonable accommodation provided to me by my employer were _____ / were not effective. [X]

**WHEREFORE,** I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: _April 12, 2023_          _Nash_

Plaintiff's Signature

FROM:

DASHON HINES
124 Fulton Street
#5C
Buffalo New York
14204

RECEIVED

APR 18 2023

U.S. District Court
Middle District of TN

U.S. POSTAGE PAID
FCM LG ENV
BUFFALO, NY
14202
APR 12 23
AMOUNT
**$2.22**
R2305M147183-23

RDC 99        37203

TO:

Clerk of the Court
719 Church Street
Nashville TN
37203

**Utility Mailer
10 1/2" x 16"**

ReadyP